CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/15/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ZACHARY R. COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 6:23-cv-00018 |
| | ) |
| JENNIFER AYERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

Entered: June 15, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge